IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **NEAL TECHNOLOGIES, INC.** | § | |
|     **Plaintiff and Counter-Defendant** | § | |
| **V.** | § | No. 4:15CV385-RC-CMC |
| | § | |
| **UNIQUE MOTORSPORTS, INC.,** | § | |
| **ET AL.** | § | |
|     **Defendants and Counter-Plaintiffs** | § | |

### ORDER ADOPTING REPORT AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 22, 2016, the report of the Magistrate Judge was entered, containing proposed findings of fact and recommendations that Plaintiff Neal Technology Inc.'s Motion for Partial Summary Judgment on Defendants' affirmative defense and counterclaims of unintentional abandonment, or naked licensing, be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff Neal Technology Inc.'s Motion for Partial Summary Judgment [Doc. #61] is **GRANTED**.

So **ORDERED** and **SIGNED** this **6** day of **July, 2016.**

_____
Ron Clark, United States District Judge